FILED
Feb 21 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ anthonyh    DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MATEO JUAN MIGUEL,<br><br>Defendant. | Case No. 19CR4767-CAB<br><br>**ORDER AND JUDGMENT DISMISSING THE INFORMATION WITHOUT PREJUDICE** |

On motion of the United States, with no objection by Defendant, and with good cause shown, IT IS HEREBY ORDERED the Information in this case is hereby dismissed without prejudice. All pending motions are withdrawn and any existing hearing dates are vacated.

**IT IS SO ORDERED.**

Dated: 2/20/2020

HON. CATHY ANN BENCIVENGO
U. S. DISTRICT COURT JUDGE